BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

JONAS LERMAN (CABN 274733)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Fax: (510) 637-3724
    jonas.lerman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 15-CR-406 JST |
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) RESETTING STATUS DATE AND EXCLUDING |
| | ) TIME UNDER THE SPEEDY TRIAL ACT |
| BRANDON COOPER, | ) |
| Defendant. | ) |

The parties agree, and the Court finds and holds, as follows:

    1.    The parties are scheduled for their first status conference on September 18, 2015. On September 4, 2015, the Court notified the parties that it is unavailable on September 18. The Court proposed alternative dates.

    2.    The parties are available on, and the status conference is reset for, October 16, 2015, at 9:30 am in Oakland.

    3.    At the arraignment on August 17, 2015, Magistrate Judge Ryu excluded time through September 18, 2015, under the Speedy Trial Act. Since then, the government has produced discovery.

TIME STIPULATION & PROPOSED ORDER
15-CR-406 JST

4. The time between August 17, 2015, and October 16, 2015, is excluded under the Speedy Trial Act. Failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. *See id.* § 3161(h)(7)(A).

DATED:  9/4/2015            /s/
JEROME MATTHEWS
Defense Counsel

DATED:  9/4/2015            /s/
JONAS LERMAN
Assistant United States Attorney

IT IS SO ORDERED.

DATED:  September 9, 2015

IT IS SO ORDERED
Judge Jon S. Tigar

TIME STIPULATION & ~~PROPOSED~~ ORDER
15-CR-406 JST