BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

JONAS LERMAN (CABN 274733)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Fax: (510) 637-3724
    jonas.lerman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. 15-CR-406 JST |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER SETTING SECOND STATUS DATE AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION |
| v. | ) ) ) | |
| BRANDON COOPER, | ) ) | |
| Defendant. | ) ) | |

The parties agree, and the Court finds and holds, as follows:

1. The parties appeared before the Court for a status conference on October 16, 2015.

2. Defense counsel continues to review discovery, and the parties are discussing a possible disposition of the case. Accordingly, the Court set a second status conference for November 13, 2015.

3. The time from October 16, 2015, through November 13, 2015, is excluded under the Speedy Trial Act. Failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice served by granting the requested continuance outweigh the best

1  interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.
2  *Id.* § 3161(h)(7)(A).

4  DATED:  ____10/16/2015_____          _____/s/_____
                                            JEROME MATTHEWS
                                            Defense Counsel

7  DATED:  ____10/16/2015_____          _____/s/_____
                                            JONAS LERMAN
                                            Assistant United States Attorney

9  IT IS SO ORDERED.

10 DATED:  October 16, 2015

IT IS SO ORDERED

Judge Jon S. Tigar

STIPULATION & [PROPOSED] ORDER                    2