BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

JONAS LERMAN (CABN 274733)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Fax: (510) 637-3724
    jonas.lerman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-CR-406 JST |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER SETTING CHANGE-OF-PLEA HEARING DATE AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION |
| v. | |
| BRANDON COOPER, | |
| Defendant. | |

The parties agree, and the Court finds and holds, as follows:

1.     The parties appeared before the Court for a first status conference on October 16, 2015, and for a second status conference on November 13, 2015.

2.     At the November 13 appearance, the parties asked the Court to schedule a change-of-plea hearing for January 22, 2016. The parties are close to reaching an agreement on disposition of the case. However, defense counsel needs additional time to research two aspects of the government's plea offer. In addition, defense counsel will be unavailable for part of November and December.

3.     The Court scheduled a change-of-plea hearing for January 22, 2016, at 9:30 am.

STIPULATION & [PROPOSED] ORDER                                   1

1       4.      Time was previously excluded through November 13, 2015. Dkt. #10, #12, #16.

2       5.      The time from November 13, 2015, through January 22, 2016, is excluded under the
3  Speedy Trial Act. Failure to grant the requested continuance would deny the defendant continuity of
4  counsel, and would deny defense counsel the reasonable time necessary for effective preparation, taking
5  into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice served by
6  granting the requested continuance outweigh the best interests of the public and the defendant in a
7  speedy trial and in the prompt disposition of criminal cases. *Id.* § 3161(h)(7)(A).

9  DATED:  ____10/16/2015_____                    _____/s/_____
                                                      JEROME MATTHEWS
10                                                    Defense Counsel

12 DATED:  ____10/16/2015_____                    _____/s/_____
                                                      JONAS LERMAN
13                                                    Assistant United States Attorney

14 IT IS SO ORDERED.

15 DATED:  _November 13, 2015___

                                                     IT IS SO ORDERED
                                                     Judge Jon S. Tigar

STIPULATION & [PROPOSED] ORDER                    2