STEVEN G. KALAR
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
1301 Clay Street
Suite 1350N
Oakland, CA 94612
Telephone: (510) 637-3500

Counsel for Defendant BRANDON COOPER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 15-00406 JST [KAW] |
| ) | |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER MODIFYING RELEASE |
| vs. ) | CONDITIONS |
| ) | |
| BRANDON COOPER, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Brandon Cooper is out of custody in this proceeding, subject to a number of conditions and to supervision by Pretrial Services. He is fully compliant with his release conditions. He would like to spend the Thanksgiving holiday with his grandmother, Rosie Cooper, in Bakersfield, CA. He plans to leave the Northern District on Wednesday, 25 November 2015 and return on Friday, 27 November 2015. Ms Cooper lives at 1912 Bradley Ave., Bakersfield, CA 93307.

For these reasons, IT IS STIPULATED AND AGREED that the conditions of Mr Cooper's release be modified to permit him to travel to the Eastern District to spend the Thanksgiving holiday with his grandmother.

STIP/ORDER                                                    1

Dated: 25 November 2015                              /s/_____
                                                     JONAS LERMAN
                                                     Assistant United States Attorney


Dated: 25 November 2015                              /s/_____
                                                     JEROME E. MATTHEWS
                                                     Assistant Federal Public Defender


Dated: 25 November 2015                              /s/_____
                                                     VICTORIA GIBSON
                                                     Pretrial Services Officer


Good cause appearing therefor, IT IS ORDERED that the conditions of Brandon Cooper's release be modified to permit him to travel to the Eastern District for the purpose of spending the Thanksgiving holiday with his grandmother, on the dates and at the location described in the foregoing stipulation.

Mr Cooper shall continue to abide by all other conditions of his release, and such conditions regarding his travel to the Eastern District as Pretrial Services deems appropriate.

Dated: November  25 , 2015                           _____
                                                     KANDIS A. WESTMORE
                                                     United States Magistrate Judge

STIP/ORDER                                           2